Monte J. White
State Bar No. 00785232
Monte J. White & Associates
1106 Brook Avenue
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096  Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-10349-RLJ-13-RLJ-13 |
| James Edward Manak | § | |
| and | § | |
| Cynthia Anne Manak | § | |
| DEBTORS | § | |

MOTION TO ALLOW DEBTORS TO SELL PROPERTY
AND APPLICATION FOR ATTORNEY FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, DEBTORS, James Edward Manak and Cynthia Anne Manak, and file this *Motion to Allow Debtor to Sell Property and Application for Attorney Fees*, and would respectfully show the Court as follows:

1. Debtors' Chapter 13 case was filed on November 27, 2012.

2. Debtors' case was confirmed on March 1, 2013.

3. Debtors received a loan from Wells Fargo Bank  for the purchase of  real property located at 133 Buckshot Road, Abilene, Taylor County, Texas further described as Lot 9, Block A, Deerwood Section 1, Abilene, Taylor County, Texas :

4. Debtors have scheduled Wells Fargo Bank as a secured creditor on Schedule D of the petition and have treated Wells Fargo Bank as a secured creditor in the Chapter 13 Plan;

5. Debtors wish to sell the house and apply the proceeds of such sale to the principle debt owing in the approximate amount of $250,000.00 , and;

6. Debtors have located a buyer and an agreement has been reached to sell the house for $254,900.00. Said agreement is attached as EXHIBIT A.

7. Debtors requests that the Court grant permission to pay such expenses of sale as set forth in the said attached agreement (EXHIBIT A).

8. Debtors further request the Court award additional attorney fees in the amount of $400.00 plus $176.00 for the filing fees to be paid directly by Debtors.

FOR THESE REASONS, Debtors request an order allowing the sale of real property located at

133 Buckshot Road, Abilene, Texas, that Wells Fargo Bank's lien attach to the proceeds of the sale pending distribution, that costs of sale be paid as per the contract at closing, that taxes be prorated to and paid at the time of closing, that the Trustee be provided a copy of the closing statement that attorney fees in the amount of $400.00 and filing fees in the amount of $176.00 are approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT 306 GEORGE H. MAHON BLDG, FEDERAL COURT HOUSE, 1205 TEXAS AVENUE, LUBBOCK, TX 79401-4002 BEFORE 4:30 P.M. BY TWENTY (21) DAYS FROM THE DATE OF SERVICE HEREOF.

UNDER BANKRUPTCY RULE 9006(A), SERVICE BY MAIL IS COMPLETE UPON MAILING. UNDER BANKRUPTCY RULE 9006(F), THREE (3) DAYS ARE ADDED TO PERIOD FOR ANSWER OR OTHER RESPONSE WHEN SERVICE IS BY MAIL.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion to Allow Debtors to Sell Property and Application for Attorney Fees* was served April 25, 2014, on the following parties by ECF and/or regular First Class mail:

Walter O'Cheskey  
Standing Chapter 13 Trustee  
2575 South Loop 289, Suite 103  
Lubbock, Texas 79423  

James Edward Manak  
Cynthia Anne Manak  
9515 Autumn Run Lane  
Converse, TX 78109  

U.S. Trustee  
1100 Commerce Street  
Room 9C60  
Dallas, Texas 75242  

Also, attached Matrix

/s/Monte J. White  
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10349-rlj13<br>Northern District of Texas<br>Abilene<br>Thu Apr 24 15:23:59 CDT 2014 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-7999 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | (p)CREDITORS BANKRUPTCY SERVICE<br>15660 DALLAS PKWY<br>SUITE 300<br>DALLAS TX 75248-3354 | Abilene Federal Credit<br>810 N 6th St<br>Abilene, TX 79601-5298 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Austin County Tax Appraisal Office<br>804 E. Wendt St.<br>Bellville, TX 77418-2840 | Barclays Bank Delaware-Juniper<br>Attention: Bankruptcy<br>PO Box 1337<br>Philadelphia, PA 19101 |
| Bay Area Dermatology<br>12 Professional Park Dr.<br>Webster, TX 77598-4194 | Cap One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Capital One, N.a.<br>Capital One Bank -USA N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chela-Sallie Mae<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 | Clear Lake Reg Med Center<br>P.O. Box 406795<br>Atlanta, GA 30384-6795 |
| Communities of Abilene<br>P.O. Box 815909<br>Dallas, TX 75381-5909 | Cynthia Anne Manak<br>133 Buckshot Rd.<br>Abilene, TX 79602-6437 | Dentalworks<br>P.O. Box 202752<br>Dallas, TX 75320-2752 |
| Dept Of Ed-sallie Mae<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Dr. Charles Scruggs<br>2501 Palmer, Ste. 105<br>Texas City, TX 77590-7000 | Dr. Craig Urban<br>3190 Antilley Rd.<br>Abilene, TX 79606-5015 |
| ECMC<br>P.O. BOX 16408<br>OAKDALE, MN 55116-0408 | ECMC<br>PO BOX 75906<br>ST. PAUL, MN 55175-0906 | GE Capital Retail Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0661 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gecrb-amazon<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gecrb-discount Tire<br>CO Po Box 965036<br>Orlando, FL 32896-5036 |
| Gemb-evron<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Gemb-lowes Pc<br>Attn: bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Gulf Breeze Dental Care<br>P.O. Box 31583<br>Independence, OH 44131-0583 |

| | | |
|---|---|---|
| Hsbc Bank<br>Attn: Bankruptcy<br>PO Box 5213<br>Carol Stream, IL 60197-5213 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| James Edward Manak<br>133 Buckshot Rd.<br>Abilene, TX 79602-6437 | Kohls-capone<br>Po Box 3115<br>Milwaukee, WI 53201-3115 | Memorial Herman<br>909 Frstwood Dr., Ste 3:100<br>Houston, TX 77024-2301 |
| (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Miitary Star-AAFES<br>AAFES<br>PO Box 650060<br>Dallas, TX 75265-0060 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119-3000 | Navy Fcu<br>Attention: Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Nelnet<br>Attn: Claims<br>PO Box 17460<br>Denver, CO 80217-0460 |
| Nelnet on behalf of Educational Mgt. Credit<br>ECMC-CA<br>PO Box 419026<br>Rancho Cordova, CA 95741-9026 | OAK HARBOR CAPITAL VII, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Rodale<br>P.O. Box 6001<br>Emmaus, PA 18098-0601 | Sallie Mae Inc. on behalf of<br>Department of Education<br>P.O. Box 740351<br>Atlanta, GA. 30374-0351 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Taylor CAD<br>co Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation -TMCC<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| UT Physicians<br>P.O. Box 201088<br>Houston, TX 77216-1088 | UTMB at Galveston<br>P.O. Box 4295<br>Houston, TX 77210-4295 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265-7504 |
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC No. D3347-014<br>3476 Stateview Blvd<br>Fort Mill, South Carolina 29715-7203 | Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines, IA 50306-0335 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 |

Wetsel & Carmichael, L.L.P.
207 Oak St.
Sweetwater, TX 79556-4505

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AAFES-MIL STAR-EXCHANGE
CO Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

American Honda Finance
3625 W Royal Lane
Irving, TX 75063

(d)American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Michael Reed
McCreary Veselka, Bragg & Allen P.C.
PO Box 1269
Round Rock, TX 78680

Portfolio Recovery Associates, LLC
c/o Capital One
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o HSBC Bank Nevada, N.A.
POB 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
c/o Lowe's Project Card
POB 41067
Norfolk VA 23541

Sprint
PO Box 79357
City of Industry, CA 91716-9357

(d)Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Toyota Motor Credit
Toyota Financial Services
PO Box 8026
Cedar Rapids, IA 52408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999

(d)Taylor CAD
co Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

(d)Cynthia Anne Manak
133 Buckshot Rd.
Abilene, TX 79602-6437

(d)James Edward Manak
133 Buckshot Rd.
Abilene, TX 79602-6437

End of Label Matrix
Mailable recipients    63
Bypassed recipients     4
Total                  67